**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Gregory Kelley<br>    Renita F Brown<br>        Debtor(s) | Case No. 13-10157 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/14/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/25/2013.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $553.92 |
| Less amount refunded to debtor | $276.96 |

**NET RECEIPTS:** $276.96

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $240.32 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $11.64 |
| Other | $25.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $276.96

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Affil Credit | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 533.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 3,231.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 5,007.26 | 5,007.26 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 5,475.77 | 5,475.77 | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 2,278.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | NA | 778.05 | 778.05 | 0.00 | 0.00 |
| Dept Of Ed/Sallie Mae | Unsecured | 3,985.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Ed/Sallie Mae | Unsecured | 3,985.00 | NA | NA | 0.00 | 0.00 |
| Devry Inc | Unsecured | 1.00 | 2,289.00 | 2,289.00 | 0.00 | 0.00 |
| Diane Taylor-Witt | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 1,891.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 936.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 684.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORP | Unsecured | 1,385.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORP | Secured | 20,000.00 | 21,560.76 | 21,560.76 | 0.00 | 0.00 |
| First Cash, IL371 | Unsecured | 876.07 | NA | NA | 0.00 | 0.00 |
| Firstsource Advantage | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| G C Services | Unsecured | 1,309.00 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc. | Unsecured | 3,251.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 300.21 | 300.21 | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 812.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Collection Se | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Illinois Title | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Indiana Bell Telephone Company, Incorpo | Unsecured | 662.00 | 229.98 | 229.98 | 0.00 | 0.00 |
| Komyattassoc | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | NA | 214.85 | 214.85 | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 135.00 | 135.00 | 135.00 | 0.00 | 0.00 |
| MUNICOLLOFAM | Unsecured | 200.00 | 140.00 | 140.00 | 0.00 | 0.00 |
| National Recovery Agen | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corporat | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 3,178.00 | 337.57 | 337.57 | 0.00 | 0.00 |
| Professnl Acct Mgmt In | Unsecured | 966.00 | NA | NA | 0.00 | 0.00 |
| Professnl Acct Mgmt In | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | NA | 97.67 | 97.67 | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,550.00 | 5,133.95 | 5,133.95 | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 6,039.00 | 9,528.97 | 9,528.97 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,000.00 | 1,309.14 | 1,309.14 | 0.00 | 0.00 |
| ST CATHERINE HOSPITAL | Unsecured | 3,426.00 | 3,426.48 | 3,426.48 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 2,417.30 | 3,486.30 | 3,486.30 | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 245.04 | 245.04 | 0.00 | 0.00 |
| Trident Asset Manageme | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| TRUST REC SV | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| TRUST REC SV | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 4,346.00 | NA | NA | 0.00 | 0.00 |
| village of hazel crest | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| WARREN COUNTY CLERK | Unsecured | 151.00 | 151.45 | 151.45 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $21,560.76 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,560.76** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$38,986.69** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $276.96 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$276.96** |

12)　The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/15/2013　　　　　　　　By: /s/ Tom Vaughn
　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**